Commonwealth *v.* Blose, Appellant.

Argued April 14, 1970. *Lee A. Montgomery,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellant; *Robert F. Hawk,* Assistant District Attorney, with him *David L. Cook,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant *v.* Boschele.

Argued April 15, 1970. *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Fred E. Baxter, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.